JP:GMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JAIRO TAVERAS,

        Defendant.

- - - - - - - - - - - - - - - - -X

09-908M

C O M P L A I N T

(T. 31 U.S.C. § 5332)

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN SZWALEK, being duly sworn, deposes and states that he is a Special Agent with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        Upon information and belief, on or about September 11, 2009, within the Eastern District of New York, the defendant JAIRO TAVERAS did knowingly and with the intent to evade the currency reporting requirements under Title 31, United States Code, Sections 5316(a)(1)(A) and 5316(b), conceal more than $10,000 in currency and other monetary instruments, to wit: approximately $40,055 in United States currency, on his person, in articles of luggage and other containers and on another person, and transport and transfer and attempt to transport and transfer such currency and monetary instruments from a place within the United States to a place outside of the United States.

        (Title 31, United States Code, Sections 5332; Title 18, United States Code, Sections 3551 et seq.)

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  Your deponent has been with ICE for approximately 4 years. I am familiar with the facts contained in this affidavit as a result of my participation in the investigation of the bulk cash smuggling discussed in this affidavit, which includes, but is not limited to, my review of the file and conversations with other law enforcement personnel assisting with the investigation.

2.  On or about September 11, 2009, defendant JAIRO TAVERAS, a United States citizen, attempted to board Jet Blue flight number 823 to Santo Domingo, Dominican Republic, departing from John F. Kennedy International Airport in Queens, New York. As the defendant proceeded along the jetway, at approximately 10:15 a.m., he was selected for a routine outbound enforcement examination. Officers from U.S. Customs and Border Protection ("CBP") informed defendant JAIRO TAVERAS of the currency reporting regulations, and presented a customs form (form "CP-503") for the defendant to read.

3.  After defendant JAIRO TAVERAS finished reading the customs form CP-503, CBP officers asked him to declare all of the currency that he was transporting for himself and for any other

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included details of every aspect of this investigation.

person.  CBP officers also informed the defendant that he was required to declare all currency that the defendant was carrying in checked luggage and carry-on luggage, whether in the form of cash, checks, money orders or other negotiable instruments.

4. The defendant stated to CBP officers that he understood the requirements, and that he was transporting $3,000 in United States currency, which he specified in writing on form CP-503.

5. The defendant was taken to a private area and asked to produce the $3,000 for verification.  Examination of defendant JAIRO TAVERAS' carry-on bag revealed $9,255 in United States currency.  After CBP officers located the currency in JAIRO TAVERAS'S carry-on bag, TAVERAS stated to the officers that there was an additional $8,000 in United States currency in his girlfriend's possession.  Subsequently, TAVERAS produced $19,000 from his groin area and an additional $3,800 from his pants pocket.  The defendant was then placed under arrest.

4

6. A total of approximately $40,055 in United States currency was found on the defendant's person, within the defendant's carry-on and checked baggage, and in the possession of his girlfriend.

WHEREFORE, your deponent respectfully requests that the defendant JAIRO TAVERAS be dealt with according to law.

JOHN SZWALEK
Special Agent
Immigration and Customs Enforcement

Sworn to before me this
11th day of September 2009

THE HONO                       N
UNITED S   S/Orenstein        GE
EASTERN 1