SLR:KAN:LDM
F.#2009R01852

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

JAIRO TAVERAS,

              Defendant.

- - - - - - - - - - - - - - - - X

FINAL ORDER OF FORFEITURE

09-CR-0677(KAM)

WHEREAS, on August 27, 2010, the defendant entered a plea of guilty before this Court to Count One of the above-captioned Indictment charging a violation of 31 U.S.C. § 5332(a), and the Forfeiture Allegation contained therein;

WHEREAS, on September 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure in which the defendant agreed to forfeit to the United States a total of forty thousand fifty-five dollars and no cents ($40,055.00) in United States currency, more or less, seized from him on or about September 11, 2009, at John F. Kennedy International Airport (the "Forfeited Currency"), pursuant to 31 U.S.C. § 5332(b)(2), as property involved in the defendant's violation of 31 U.S.C. § 5332(a), property traceable thereto, and/or as a substitute asset, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website,

www.forfeiture.gov, for thirty (30) consecutive days beginning on September 29, 2010, and ending on October 28, 2010; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Currency and the time to do so has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 31 U.S.C. § 5332(b)(2) and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Currency is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Department of Homeland Security, Immigration and Customs Enforcement, and its duly authorized agents and contractors be, and hereby are, directed to dispose of the Forfeited Currency in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture, and this Order shall become final at the time of the defendant's sentencing and attached to the judgment.

IT IS FURTHER ORDERED that the Clerk of Court shall

send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201, ATTN: FSA Paralegal Carly F. Diroll-Black.

Dated: Brooklyn, New York
February 23, 2011

_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE